**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MENGSI ZHENG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1485-KC** |
| | § | |
| **SCARLET GRANT, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On June 8, 2026, the Court granted in part Mengsi Zheng's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision.  June 8, 2026, Order 3, ECF No. 4.

Respondents have now informed the Court that on June 11, an IJ denied Zheng bond on the basis of flight risk.  Advisory, ECF No. 5; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

It appears that the only remaining matter to be resolved in this case is Zheng's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA").  *See* Pet. 22, ECF No. 1; *see generally* June 8, 2026, Order.  However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA.  *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 16th day of June, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE